IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAMELA KIRK STUMP, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13cv00462 |
| v. | ) | |
| WACHOVIA GROUP LONG TERM DISABILITY PLAN, | ) | By: Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, plaintiff's motion for summary judgment (Dkt. # 12) is **DENIED**, defendant's motion for summary judgment (Dkt. # 15) is **GRANTED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED.**

Entered: September 30, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge